# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case: 1:23−mc−00080<br>Assigned To : Mehta, Amit P.<br>Assign. Date : 8/4/2023<br>Description: Misc.<br><br>Case No. _____<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA TO JOHN NEGROPONTE** |

Pursuant to Fed. R. Civ. P. 45, Defendants Michael Lindell and My Pillow, Inc. move the Court to compel John Negroponte to provide deposition testimony pursuant to a subpoena served upon her in this proceeding, within 14 days of the Court's order.

This Motion is based upon all the pleadings, files, records, and proceedings herein, including without limitation Defendants' accompanying Memorandum in Support of Motion to Compel Compliance with Deposition Subpoena to John Negroponte and the Declarations of Andrew D. Parker and Michael J. Lindell.

Counsel for the Defendants engaged in the required LCvR 7(m) discussion with counsel for Mr. Negroponte concerning this motion, through a teleconference on May 23, 2023, and through correspondence prior to May 23, 2023, and by email correspondence on July 20 and 24 and August 4, 2023. This motion is opposed by Mr. Negroponte.



**RECEIVED**

AUG - 4 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

DATED:  August 4, 2023 **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

*Counsel for Defendant Michael Lindell*

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
Joseph A. Pull (D.C. Bar No. 982468)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*