# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. _____<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**DECLARATION OF MICHAEL LINDELL** |

I, Michael Lindell, being first duly sworn, state as follows:

1. I am one of the defendants in this matter. I have personal knowledge of the dates, events, and facts stated below.

2. When I made statements alleged by the First Supplemental Complaint in this matter to be defamatory, I relied in part on information I received about Dennis L. Montgomery, including that many years ago Montgomery had provided computer programming services to the United States government through his employment with companies that contracted with the United States government. I learned that Montgomery was a co-owner of one of these companies and became involved in litigation with his co-owner. I learned that the United States government had intervened in this litigation to protect information that was designated as state secrets. I learned that Montgomery's programming work was one of the state secrets. I learned that Montgomery had built

1

software that allowed the government to monitor internet communications and to manipulate computerized voting machines used in foreign countries, called "Hammer" and "Scorecard." I learned that this software later was obtained by persons in China, and that Montgomery obtained copies of internet transmissions showing the software had been used by persons in China to change votes in the 2020 presidential election.

3. I received this information about Montgomery first from other people, and later from speaking directly with Montgomery myself.

4. Montgomery's history of working for the United States government was one of the reasons I believed the information I learned about him. The above-described information is one of the reasons I made statements about a hack of 2020 presidential election by people in China.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28th, in Carver County, Minnesota.

_____
Michael Lindell