IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. _____<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**DECLARATION OF ANDREW D. PARKER** |

I, Andrew D. Parker, being first duly sworn, states as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing the Defendants in the above-referenced case. As such have personal knowledge of the dates, events, and facts stated below. I submit this Declaration in support of the Defendants' Motion to Compel Compliance with Deposition Subpoena to John Negroponte.

2. Attached as **Exhibit A** is a fair and accurate copy of the First Supplemental Complaint filed as Doc. 125 on April 7, 2023, in case no. 0:22-cv-00098-WMW-JFD, *Smartmatic et al. v. Lindell et al.*, in the United States District Court for the District of Minnesota.

3. Attached as **Exhibit B** is a fair and accurate copy of the Declaration of Dennis L. Montgomery filed as Doc. 1216-2 on August 20, 2022, in case no. 3:06-cv-00056-MMD-CSD, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

1

4. Attached as **Exhibit C** is a fair and accurate copy of the Complaint filed as Doc. 1 on January 31, 2006 in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

5. Attached as **Exhibit D** is a fair and accurate copy of the Notice of Motion and Motion for Protective Order by the United States, filed as Doc. 83 on September 25, 2006, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

6. Attached as **Exhibit E** is a fair and accurate copy of the Order filed as Doc. 252 on August 29, 2007, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

7. Attached as **Exhibit F** is a fair and accurate copy of the United States Protective Order filed as Doc. 253 on August 29, 2007, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

8. Attached as **Exhibit G** is a fair and accurate copy of Declaration and Formal Claim of State Secrets and Statutory Privileges By John D. Negroponte, Director of National Intelligence, filed as Doc. 83-2 on September 25, 2006, in case no. 3:06-cv-00056-MMD-CSD, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

9. On behalf of the Defendants in this matter, I issued a subpoena to John Negroponte to provide a deposition. A fair and accurate copy of the subpoena is attached as **Exhibit H.** A fair and accurate copy of the affidavit of service on Mr. Negroponte, from the process server, is attached as **Exhibit I.**

10. Attached as **Exhibit J** is a fair and accurate copy of a letter I received by email on July 26, 2023.

11. On July 26, 2023, counsel for Defendants in this matter proposed consolidation of a motion to compel the deposition of John Negroponte in this case with a motion to compel the deposition of Negroponte in a similar case, no. 1:21-cv-00445-CJN in the United States District Court for the District of Columbia. On July 27, 2023, counsel for Negroponte confirmed that they did not consent to consolidation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2023, in Hennepin County, Minnesota.

      /s/ *Andrew D. Parker*
Andrew D. Parker  (D.C. Bar No. 63279)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com