# EXHIBIT I

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00445-CJN-JFD

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* John Negroponte on *(date)* Jul 13, 2023, 2:27 pm.

[X] I served the subpoena by delivering a copy to the named individual as follows: John Negroponte on *(date)* Fri, Jul 14 2023; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 07/14/23

*Server's signature*

LaTisha Palmer

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 14, 2023, 11:34 am EDT at 3100 Cleveland Ave NW, Washington, DC 20008 received by John Negroponte. Age: 75; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'0"; Hair: Gray;

DOCUMENTS SERVED: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; EXHIBITS