IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 23-mc-00080-APM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Michael J. Lindell ("Lindell") and My Pillow, Inc. ("My Pillow") hereby request that case no. 23-mc-00080-APM filed on August 4, 2023 be dismissed without prejudice. This action is a duplicate of case no. 23-mc-00078-ACR, which Lindell and My Pillow continue to pursue.

Dated: August 30, 2023

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com

*Counsel for Michael Lindell*

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
Joseph A. Pull (D.C. Bar No. 982468)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100\
parker@parkerdk.com
pull@parkerdk.com

*Counsel for My Pillow, Inc.*